**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| VIOLA COPSEY, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER; BARRY CADDEN; LISA CADDEN; and GREGORY CONIGLIARO, | ) ) ) ) ) ) ) ) |
|       Defendants. | ) ) |

CAUSE NO.: 3:12-CV-738-RLM-CAN

**NOTICE OF STAY BY REASON OF BANKRUPTCY**

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a), all actions against NECC are stayed.

                              LEWIS WAGNER LLP

                              By: */s/ Dina M. Cox*
                              DINA M. COX, #18590-49
                              KAMEELAH SHAHEED-DIALLO, #28058-49
                              ROBERT M. BAKER IV, #25471-49
                              *Attorneys for Defendant, New England Compounding Pharmacy, Inc.*

2

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 27, 2012 using the CM/ECF system which sent notification of this filing to the following:

Douglas D. Small / Edmond W. Foley
FOLEY & SMALL
1002 East Jefferson Blvd.
South Bend, IN  46617
*Counsel for Plaintiff*

                                 */s/ Dina M. Cox*
                                 DINA M. COX

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
dcox@lewiswagner.com
Q:\NECC\5 - Copsey\Federal Court Pleadings\Notice of Stay_Bankruptcy.docx