**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| VIOLA COPSEY, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER; BARRY CADDEN; LISA CADDEN; and GREGORY CONIGLIARO, | ) ) ) ) ) ) ) ) |
|       Defendants. | ) ) |

CAUSE NO.:  3:12-cv-738-RLM-CAN

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to L.R. 6.1., Defendants Barry Cadden, Lisa Cadden and Greg Conigliaro ("Defendants"), by counsel, hereby move this Court for an extension of time to respond to Plaintiff's Complaint, up to and including February 21, 2013.  Defendants' Answer is currently due January 22, 2013.  Plaintiff's counsel has been consulted and has no objection to the requested extension.

WHEREFORE, Defendants, by counsel, pray for an Order allowing Defendants up to and including February 21, 2013 to respond to Plaintiff's Complaint, and for all other relief just and proper in the premises.

2

LEWIS WAGNER LLP

By: */s/ Kameelah Shaheed-Diallo*
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
JANELLE M. KILIES, #30708-49
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on January 9, 2013 using the CM/ECF system which sent notification of this filing to the following:

Douglas D. Small
Edmond W. Foley
FOLEY & SMALL
1002 East Jefferson Blvd.
South Bend, IN  46617
*Counsel for Plaintiff*

*/s/ Kameelah Shaheed-Diallo*
KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\5 - Copsey\Federal Court Pleadings\MET.docx